**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

YICK Q. LEE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC.

Defendants.

**26cv5886 (BMC)**

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO: BRENNA B. MAHONEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendants 47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of James E. Bahamonde, Esq., Law Office of James E. Bahamonde, PC.

Dated: November 6, 2026

X __/s/ James E. Bahamonde__________

JAMES E. BAHAMONDE, ESQ.
Law Offices of James E. Bahamonde, P.C.
Attorney for the Plaintiff
james@civilrightsny.com
Tel: (646) 290-8258