UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YICK Q. LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC.<br><br>Defendants. | **26cv5886 (BMC)**<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants 47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC. have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants 47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC. are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: , New York

____________________, 2026

**Brenna B. Mahoney**
**Clerk of Court**

**By:** ____________________________
**Deputy Clerk**