**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**YICK Q. LEE, Individually and on Behalf of All Others Similarly Situated,**

Plaintiff,

v.

**47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC.,**

Defendants.

---

**26-cv-5886 (BMC)**

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, JAMES E. BAHAMONDE, ESQ., counsel for Plaintiff Yick Lee, hereby certify that on November 10, 2026, I caused true and correct copies of Plaintiff's Declaration in Support of Request for Certificate of Default and Plaintiff's Request for Certificate of Default to be served upon each Defendant by depositing the same in the custody of the United States Postal Service, in a postage-prepaid envelope, for delivery by First-Class Mail, addressed as follows:

**47-23 VERNON BLVD LLC**
27-02 Utopia Parkway
Flushing, New York 11358

**CENTRO PIZZA & ITALIAN KITCHEN INC.**
47-23 Vernon Boulevard
Long Island City, New York 11101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. § 1746.

Dated: November 10, 2026
North Bellmore, New York

/s/ James E. Bahamonde

**JAMES E. BAHAMONDE, ESQ.**
Law Offices of James E. Bahamonde, P.C.
James@CivilRightsNY.com
(646) 290-8258
Attorney for Plaintiff