**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSE SANCHEZ LARA, *individually and on behalf of others similarly situated,*<br><br>Plaintiff<br><br>-against-<br><br>900 8TH DELI CORP. (D/B/A CASCADE CAFE), GRAB N GO N CONVENIENCE INCORPORATED (D/B/A GRAB & GO DELI), and HAITHAM ALDAFARI,<br><br>Defendant. | Index No. 26-cv-09225-KPF.<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, Defendants Grab N Go N Convenience Incorporated (d/b/a Grab & Go Deli) and Haitham Aldafari ("Defendants"), hereby appear in this proceeding by their attorneys, HAMTINI LAW, duly admitted to practice before this Honorable Court, and hereby demand that all papers in this action be served upon their attorneys at the address set forth below.

Dated: November 19, 2026
Forest Hills, New York

HAMTINI LAW

FARIS HAMTINI

Faris S. Hamtini, Esq.
*Attorneys for Defendant(s)*
Grab N Go N Convenience Incorporated (d/b/a Grab & Go Deli), and Haitham Aldafari.
9822 Metropolitan Ave
Forest Hills, NY 11375
718 440 3396
contact@hamtinilaw.com