**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE SANCHEZ LARA, *individually and on behalf of others similarly situated,*

Plaintiff

-against-

900 8TH DELI CORP. (D/B/A CASCADE CAFE), GRAB N GO N CONVENIENCE INCORPORATED (D/B/A GRAB & GO DELI), and HAITHAM ALDAFARI,

Defendant.

Index No. 26-cv-09225-KPF.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Grab N Go N Convenience Incorporated (d/b/a Grab & Go Deli), a private non-governmental party and defendant in the above-captioned action, certifies that it has no corporate parents, affiliates, or subsidiaries that are publicly held.

Dated: November 19, 2026
Forest Hills, New York

HAMTINI LAW

FARIS HAMTINI

Faris S. Hamtini, Esq.
*Attorneys for Defendant(s)*
Grab N Go N Convenience Incorporated (d/b/a Grab & Go Deli), and Haitham Aldafari.
9822 Metropolitan Ave
Forest Hills, NY 11375
718 440 3396
contact@hamtinilaw.com