**UNITED STATES DISTRCIT COURT**
**EASTERN DISTRICT OF NEW YORK**

YICK Q. LEE, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC.,

Defendants.

Index No.: 26 Civ. 5886

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, Defendants 47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC. ("Defendants"), hereby appear in this proceeding by their attorneys, HAMTINI LAW, admitted to practice in this Court, and demand that all papers in this action be served upon their attorneys at the address set forth below.

Dated: Forest Hills, New York
November 20, 2026

**HAMTINI LAW**

FARIS HAMTINI

Faris S. Hamtini, Esq.
*Attorneys for Defendants*
9822 Metropolitan Ave
Forest Hills, NY 11375
718 440 3396
contact@hamtinilaw.com