**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YICK Q. LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>47-23 VERNON BLVD LLC and CENTRO PIZZA & ITALIAN KITCHEN INC.,<br>Defendants. | Index No. 1:26-cv-05886-BMC<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CENTRO PIZZA & ITALIAN KITCHEN INC. a private non-governmental party and defendant in the above-captioned action, certifies that it has no corporate parents, affiliates, or subsidiaries that are publicly held.

Dated: November 20, 2026
Forest Hills, New York

HAMTINI LAW

FARIS HAMTINI

Faris S. Hamtini, Esq.
*Attorneys for Defendants*
9822 Metropolitan Ave
Forest Hills, NY 11375
718 440 3396
contact@hamtinilaw.com