HAMTINI LAW

**VIA ECF** November 20, 2026

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re:** **Yick Q. Lee v. 47-23 Vernon Blvd LLC and Centro Pizza & Italian Kitchen Inc. *Case No. 1:26-cv-05886-BMC***

**Request for Vacate the Clerk's Certificate of Default**

Dear Honorable Judge Cogan:

I represent Defendants 47-23 Vernon Blvd LLC and Centro Pizza & Italian Kitchen Inc. ("Defendants"). Defendants respectfully request, pursuant to Federal Rule of Civil Procedure 55(c), that the Court vacate the Clerk's Certificate of Default entered against Defendants on consent of all parties. Upon learning of the default, Defendants acted promptly by retaining Hamtini Law to represent them in this action. Defendants further request leave to interpose and answer or otherwise move this Court within 30 days after the Court grants this request.

Federal Rule of Civil Procedure 55(c) permits the Court to set aside an entry of default for good cause. Vacate is warranted because the default was not willful, Plaintiff consented and will not suffer cognizable prejudice, and Defendants possess meritorious defenses.

Defendants respectfully request that the Court order the Clerk to vacate the Certificate of Default.

Respectfully submitted,

**HAMTINI LAW**

HAMTINI LAW

FARIS HAMTINI

Faris S. Hamtini, Esq.
*Attorneys for Defendants*
*47-23 Vernon Blvd LLC and*
*Centro Pizza & Italian Kitchen Inc.*

9822 Metropolitan Ave, Forest Hills, NY 11375
718.440.3396 | www.hamtinilaw.com