# LAW OFFICES OF JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, New York 11710
Long Island Tel. (516) 783-9662 • New York City Tel. (646) 290-8258
Fax No. (646) 435-4376 • James@CivilRightsNY.com


November 23, 2026

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

**RE.** **Letter Motion to Adjourn Telephonic Initial Conference**
**Case:** ***Lee v. 47-23 Vernon Blvd LLC, et al.*, 26cv5886 (BMC)**
**Conference:** **December 18, 2026 at 10:00 A.M.**

Dear Judge Cogan:

I represent Plaintiff in the above-referenced matter and respectfully request an adjournment of the telephonic initial conference presently scheduled for **December 18, 2026, at 10:00 A.M.** Defendants consent to this request. The requested adjournment is necessary because I have a medical procedure that morning and will not be available until at least 2:30 P.M. I respectfully request that the conference be rescheduled to a date and time convenient to the Court.

This is Plaintiff's second request for an adjournment of the initial conference. Plaintiff's first request was made after Defendants failed to appear or contact Plaintiff's counsel. The Court granted that request, adjourned the conference *sine die*, and directed Plaintiff to seek a Certificate of Default and move for default judgment. On November 23, 2026, the Court set aside the default and scheduled the present telephonic initial conference for December 18, 2026 at 10:00 A.M.

In accordance with the Court's Individual Rules, parties respectfully propose rescheduling the telephonic initial conference to anyone of the following dates and times:

December 18, 2026 anytime after 2:30 P.M.;

December 21, 2026 between 11:00 A.M. – 8:00 P.M.; and

December 23, 2026 between 10:00 A.M. – 8:00 P.M.

Thank you for the Court's consideration of these requests.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.
Law Offices of James E. Bahamonde, P.C.
Attorney for Plaintiff

**TO**: (via ECF)
Faris S. Hamtini
Attorney for Defendants